# EXHIBIT 2

| U.S. Patent No. 8,404,618 | BASF Ridivex™ Product |
|---|---|
| 1. A herbicidal composition comprises a mixture of | "Ridivex™ herbicide, currently submitted to the EPA for registration, is a convenient all-in-one premix of three active ingredients with three different sites of action." *BASF Technical Information Bulletin – Ridivex Herbicide: Pre-Registration (Ex. C)*<br><br>..Ridivex™ herbicide provides:… Triple threat against weeds with three effective active ingredients – diflufenzopyr, dicamba and pyroxasulfone.  A built-in crop safener enhances crop safety for peace of mind. *https://www.basf.com/us/en/media/news-releases/2026/03/P-US-26-10* |
| a) a herbicidally active amount of a compound of the formula I<br><br>(I)<br><br><br><br>wherein<br>$R_1$ and $R_2$ are each independently of the other hydrogen or $C_1$-$C_{10}$alkyl<br>$R_3$ and $R_4$ are each independently of the other hydrogen, $C_1$-$C_{10}$alkyl or $C_1$-$C_{10}$haloalkyl;<br>m is an integer selected from 1 or 2;<br>$R_5$ and $R_6$ are each independently of the other hydrogen or methyl;<br>n is an integer selected from 1 or 2;<br>Y is phenyl or phenyl substituted by halogen, $C_1$-$C_6$alkyl or $C_1$-$C_6$haloalkyl, or<br>Y is diazole in which the diazole can be substituted by hydroxyl, halogen, $C_1$-$C_{10}$alkyl or $C_1$-$C_{10}$alkyl substituted by hydroxyl, $C_1$-$C_{10}$alkoxy, $C_1$-$C_4$haloalkyl, $C_1$-$C_4$haloalkoxy; and | "Ridivex™ herbicide provides: … Triple threat against weeds with three effective active ingredients – diflufenzopyr, dicamba and pyroxasulfone.  A built-in crop safener enhances crop safety for peace of mind." *https://www.basf.com/us/en/media/news-releases/2026/03/P-US-26-10*<br><br>Pyroxasulfone, which is disclosed in the '618 Patent as Compound 1.27 (col. 15, lines 24-27), meets the limitations of formula I in claim 1 of the '618 Patent, where $R_1$ and $R_2$ are each a $C_1$alkyl, $R_3$ and $R_4$ are each hydrogen, m is the integer 2, $R_5$ and $R_6$ are each a hydrogen, n is the integer 1, and Y is a diazole in the which the diazole is substituted by a $C_1$alkyl, a $C_1$haloalkyl, and a $C_1$haloalkoxyl:<br><br>1.27<br><br><br>'618 Patent, Table 1. |

| | |
|---|---|
| b) a herbicide-antagonistically active amount of a safener selected from the group consisting of cloquintocet-mexyl or a lithium, sodium, potassium, calcium, magnesium, aluminium, iron, ammonium, quaternary ammonium, sulfonium or phosphonium salt thereof, fenchlorazole-ethyl, mefenpyr-diethyl, isoxadifen-ethyl, furilazole or the R isomer thereof, benoxacor, dichlormid, MON4660, oxabetrinil, cyometrinil, the Z isomer thereof, fenclorim, N-cyclopropyl-4-(2-methoxy-benzoylsulfamoyl)-benzamide, N-isopropyl-4-(2-methoxy-benzoylsulfamoyl)-benzamide, naphthalic acid anhydride or flurazole, or a combination thereof. | "Ridivex™ herbicide provides: ... Triple threat against weeds with three effective active ingredients – diflufenzopyr, dicamba and pyroxasulfone. A built-in crop safener enhances crop safety for peace of mind." https://www.basf.com/us/en/media/news-releases/2026/03/P-US-26-10 <br><br> BASF markets and sells a product called Status® that includes diflufenzopyr and dicamba, as active ingredients, combined with the safener isoxadifen-ethyl. Status® Label (Ex. D); https://agriculture.basf.us/crop-protection/products/herbicides/status.html; see also 2006 North Central Weed Science Society Proceedings 61:122 (identifying safener in Status® as isoxadifen-ethyl) (Ex. E). BASF instructs its customer growers to combine Status® with Zidua® for use on corn crops. https://agriculture.basf.us/crop-protection/products/herbicides/status.html. The active ingredient in Zidua® is pyroxasulfone. Zidua® Label (Ex. F); https://agriculture.basf.us/crop-protection/Campaigns/zidua-brand-herbicides.html. Thus, the likely built-in safener in Ridivex™, which combines the active ingredients of Status® and Zidua®, is isoxadifen-ethyl. |
| 2. The composition according to claim 1, comprises the compound of the formula I where $R_1$ and $R_2$ are each independently of the other $C_1$-$C_{10}$ alkyl. | "Ridivex™ herbicide provides: ... Triple threat against weeds with three effective active ingredients – diflufenzopyr, dicamba and pyroxasulfone. A built-in crop safener enhances crop safety for peace of mind." https://www.basf.com/us/en/media/news-releases/2026/03/P-US-26-10 <br><br> Pyroxasulfone, the active herbicidal ingredient in BASF's Ridivex™ product, meets the limitations of formula I as defined in dependent claim 2, where $R_1$ and $R_2$ are each a $C_1$ alkyl. |
| 3. The composition according to claim 2, comprises the compound of the formula I where $R_3$ and $R_4$ are each independently | "Ridivex™ herbicide provides: ... Triple threat against weeds with three effective active ingredients – diflufenzopyr, dicamba and pyroxasulfone. A built-in crop safener enhances crop safety for peace of |

| | |
|---|---|
| of the other hydrogen or $C_1$-$C_{10}$alkyl. | mind." *https://www.basf.com/us/en/media/news-releases/2026/03/P-US-26-10* |
| | Pyroxasulfone, the active herbicidal ingredient in BASF's Ridivex™ product, meets the limitations of formula I as defined in dependent claim 3, where $R_3$ and $R_4$ are each hydrogen. |
| 4. The composition according to claim 3, comprises the compound of the formula I where $R_5$ and $R_6$ are hydrogen. | "Ridivex™ herbicide provides: … Triple threat against weeds with three effective active ingredients – diflufenzopyr, dicamba and pyroxasulfone. A built-in crop safener enhances crop safety for peace of mind." *https://www.basf.com/us/en/media/news-releases/2026/03/P-US-26-10* |
| | Pyroxasulfone, the active herbicidal ingredient in BASF's Ridivex™ product, meets the limitations of formula I as defined in dependent claim 4, where $R_5$ and $R_6$ are each a hydrogen. |
| 5. The composition according to claim 4, comprises the compound of the formula I where n is 1. | "Ridivex™ herbicide provides: … Triple threat against weeds with three effective active ingredients – diflufenzopyr, dicamba and pyroxasulfone. A built-in crop safener enhances crop safety for peace of mind." *https://www.basf.com/us/en/media/news-releases/2026/03/P-US-26-10* |
| | Pyroxasulfone, the active herbicidal ingredient in BASF's Ridivex™ product, meets the limitations of formula I as defined in dependent claim 5, where n is 1. |
| 7. The composition according to claim 1, comprises the compound of the formula I where Y is diazole or a diazole substituted by $C_1$-$C_{10}$alkyl, $C_1$-$C_4$haloalkyl, or $C_1$-$C_4$haloalkoxy. | "Ridivex™ herbicide provides: … Triple threat against weeds with three effective active ingredients – diflufenzopyr, dicamba and pyroxasulfone. A built-in crop safener enhances crop safety for peace of mind." *https://www.basf.com/us/en/media/news-releases/2026/03/P-US-26-10* |
| | Pyroxasulfone, the active herbicidal ingredient in BASF's Ridivex™ product, meets the limitations of formula I as defined in dependent claim 7, where Y |

| | is a diazole in the which the diazole is substituted by a $C_1$alkyl, a $C_1$haloalkyl, and a $C_1$haloalkoxyl. |
|---|---|
| 8. The composition according to claim 1, where in the compound of the formula I Y is pyrazol-4-yl or pyrazol-5-yl. | "Ridivex™ herbicide provides: …  Triple threat against weeds with three effective active ingredients – diflufenzopyr, dicamba and pyroxasulfone.  A built-in crop safener enhances crop safety for peace of mind." https://www.basf.com/us/en/media/news-releases/2026/03/P-US-26-10<br><br>Pyroxasulfone, the active herbicidal ingredient in BASF's Ridivex™ product, meets the limitations of formula I as defined in dependent claim 8, where Y is pyrazole-4-l. |
| 9. The composition according to claim 1, wherein the compound of the formula I is 3-(5-difluoromethoxy-1-methyl-3-trifluoromethyl-1H-pyrazol-4-ylmethylsulfonyl)-5,5-dimethyl-4,5-dihydroisoxazole. | "Ridivex™ herbicide provides: …  Triple threat against weeds with three effective active ingredients – diflufenzopyr, dicamba and pyroxasulfone.  A built-in crop safener enhances crop safety for peace of mind." https://www.basf.com/us/en/media/news-releases/2026/03/P-US-26-10<br><br>This systematic chemical name, as recited in dependent claim 9, is that of pyroxasulfone. |
| 10. A method of combating weeds and weed grasses in crops of useful plants, wherein the useful plants, seed or cuttings thereof or a growing area thereof are treated simultaneously or at separate times with a herbicidally active amount of the herbicide of the formula I as defined in claim 1 and a herbicide-antagonistically active amount of the safener as defined in claim 1. | "Ridivex™ herbicide provides: …  Triple threat against weeds with three effective active ingredients – diflufenzopyr, dicamba and pyroxasulfone.  A built-in crop safener enhances crop safety for peace of mind." https://www.basf.com/us/en/media/news-releases/2026/03/P-US-26-10<br><br>BASF markets and sells a product called Status® that includes diflufenzopyr and dicamba, as active ingredients, combined with the safener isoxadifen-ethyl.  Status® Label (Ex. D); https://agriculture.basf.us/crop-protection/products/herbicides/status.html; see also 2006 North Central Weed Science Society Proceedings 61:122 (identifying safener in Status® as isoxadifen-ethyl) (Ex. E).  BASF instructs its customer growers to combine Status® with Zidua® for use on corn crops. https://agriculture.basf.us/crop- |

*protection/products/herbicides/status.html*.  The active ingredient in Zidua® is pyroxasulfone. *Zidua® Label (Ex. F); https://agriculture.basf.us/crop-protection/Campaigns/zidua-brand-herbicides.html*.  Thus, the likely built-in safener in Ridivex™, which combines the active ingredients of Status® and Zidua®, is isoxadifen-ethyl.

"Ridivex™ herbicide, currently submitted to the EPA for registration, is a convenient all-in-one premix of three active ingredients with three different sites of action.  This combination provides knockdown and residual control to numerous broadleaf and grass weeds.  This effective combination will help growers battle herbicide resistance and protect crop yield potential.  Achieve superior weed control without compromise." *BASF Technical Information Bulletin – Ridivex Herbicide: Pre-Registration (Ex. __)*

BASF instructs its customers to use Ridivex™ to combat weeds in corn crops:

## Expected Use Recommendations

**Application Tips**
- **Crops:** Corn
- **Use Rate:** 8 oz per acre (higher rates may be needed for larger or resistant weeds)
- **Optimal Timing:** Early-POST (V2–V5), up to V8; **DO NOT** apply if corn is more than 36" tall, or at V8 stage
- **Spray Volume:** 15 gal/A recommended
- **Tank-Mix\* Partners:** Pair with the following products for additional control: atrazine and mesotrione for residual; glyphosate to control emerged grasses

**Additives**
*Use adjuvants for consistent weed control.*
- **COC and MSO:** 1–2 pints/acre
- **NIS:** 0.25% volume/volume

*BASF Technical Information Bulletin – Ridivex Herbicide: Pre-Registration (Ex. C).*

| | |
|---|---|
| | BASF, in its testing, has used Ridivex™ to combat weeds in corn crops. *Id.* |
| 11. The method according to claim 10, wherein the crops of useful plants are maize. | "Ridivex™ herbicide delivers powerful knockdown and long-lasting residual control, which will give corn growers confidence that their weed management is complete for today, tomorrow and weeks to come." *https://www.basf.com/us/en/media/news-releases/2026/03/P-US-26-10*<br><br>BASF instructs its customers to use Ridivex™ to combat weeds in corn crops:<br><br>**Expected Use Recommendations**<br><br>**Application Tips**<br>■ **Crops:** Corn<br>■ **Use Rate:** 8 oz per acre (higher rates may be needed for larger or resistant weeds)<br>■ **Optimal Timing:** Early-POST (V2–V5), up to V8; **DO NOT** apply if corn is more than 36" tall, or at V8 stage<br>■ **Spray Volume:** 15 gal/A recommended<br>■ **Tank-Mix\* Partners:** Pair with the following products for additional control: atrazine and mesotrione for residual; glyphosate to control emerged grasses<br><br>**Additives**<br>*Use adjuvants for consistent weed control.*<br>■ **COC and MSO:** 1–2 pints/acre<br>■ **NIS:** 0.25% volume/volume<br><br>*BASF Technical Information Bulletin – Ridivex Herbicide: Pre-Registration (Ex. C)*<br><br>BASF, in its testing, has used Ridivex™ to combat weeds in corn crops. *Id.* |